# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL BILYEU,<br><br>    Defendant. | Case No. 2:09-CR-00477-KJD-RJJ<br><br>**ORDER** |

Before the Court is Defendant's Motion to Continue Sentencing (#60), filed November 30, 2010, in which Defendant seeks to continue sentencing in this matter for 45 days in order to accommodate Defense counsel's schedule and allow counsel time to prepare. The Government filed an Opposition (#62) on December 10, 2010, to which Defendant filed a Reply (#63) the same day. Good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion to Continue Sentencing (#60) is **GRANTED**. **IT IS FURTHER ORDERED** that sentencing in this matter is continued until February 2, 2011, at 9:00 am.

DATED this 10th day of December 2010.

_____
Kent J. Dawson
United States District Judge